UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM J. MOORE, | CASE NO. 1:11-cv-1918-MJS (PC) |
| Plaintiff, | |
| v. | ORDER TO FILE A COMPLAINT |
| | (ECF No. 1) |
| UNKNOWN, | |
| Defendant. | COMPLAINT DUE WITHIN THIRTY DAYS |

Plaintiff Malcolm J. Moore ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On November 4, 2011, Plaintiff filed a letter with this Court in an effort to initiate this action.  (ECF No. 1.)  An action cannot originate without a complaint.  Plaintiff must file a complaint to initiate an action.  (Fed. R. Civ. P. 3.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff file a Complaint within **thirty (30) days** of service of this order;
2. The Clerk's Office shall send Plaintiff a 28 U.S.C. § 1983 complaint form; and

///

///

-1-

3.      **Plaintiff's failure to comply with this Order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   December 16, 2011            /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE