UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM J. MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　Defendant.<br>_____ / | CASE NO. 1:11-cv-1918-MJS (PC)<br><br>ORDER TO FILE A COMPLAINT<br><br>(ECF No. 1)<br><br>COMPLAINT DUE WITHIN THIRTY DAYS |

　　　　Plaintiff Malcolm J. Moore ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On November 4, 2011, Plaintiff filed a letter with this Court in an effort to initiate this action.  (ECF No. 1.)  An action cannot originate without a complaint.  Plaintiff must file a complaint to initiate an action.  (Fed. R. Civ. P. 3.)

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff file a Complaint within **thirty (30) days** of service of this order;

　　　　2.　　The Clerk's Office shall send Plaintiff a 28 U.S.C. § 1983 complaint form; and

///

///

-1-

3. **Plaintiff's failure to comply with this Order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: December 16, 2011  /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE