UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM J. MOORE, | CASE No.   1:11-cv-01918-LJO-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION FOR DISMISSAL OF ACTION WITH PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER AND FAILURE TO STATE A CLAIM SUBJECT TO 28 U.S.C. § 1915(g) |
| v. | |
| UNKNOWN, et al., | |
| Defendants. | (ECF No. 15) |
| / | CLERK TO CLOSE CASE |

Plaintiff Malcolm J. Moore is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 8.) Plaintiff declined to extend Magistrate Judge jurisdiction to all matters and for all purposes in this case. (ECF No. 10.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

-1-

On October 23, 2012, Findings and Recommendation for Dismissal of Action with Prejudice for Failure to Comply with Court Order and Failure to State a Claim (F&R re Dismiss., ECF No. 15) were filed in which the Magistrate Judge recommended that this matter be DISMISSED WITH PREJUDICE by the District Judge and that dismissal count as a strike under 28 U.S.C. § 1915(g) and that the Clerk thereupon terminate all pending motions, close the file and enter judgment in this case. The parties were notified that objection, if any, was due within fourteen days. No party filed an objection to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court adopts the Findings and Recommendation filed October 23, 2012, in full,

2. This action is dismissed with prejudice for failure to comply with the Court's order and failure to state a claim,

3. The Clerk of the Court shall terminate all pending motions, close the file and enter judgment in this case, and

4. This dismissal counts as a strike under 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

Dated:   December 5, 2012            /s/ Lawrence J. O'Neill

UNITED STATES DISTRICT JUDGE